IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.: 1:05cr36-SPM

ALEX CHRISTOPHER LYONS,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

For good cause shown, Defendant Alex Christopher Lyons' unopposed Motion to Continue Sentencing (doc. 124) is granted. Sentencing is reset for 1:30 p.m. on August 14, 2006.

SO ORDERED this 26th day of May, 2006.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge