IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                    CASE NO.: 1:05cr36-SPM

ALEX CHRISTOPHER LYONS,

      Defendant.
_____/

### ORDER CONTINUING SENTENCING

For good cause shown, Defendant Lyons' unopposed Motion to Continue Sentencing (doc. 145) is granted. The sentencing hearing is reset for 1:30 p.m. on December 11, 2006.

DONE AND ORDERED this 27th day of September, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge