IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.   CASE NO.: 1:05cr36-SPM

ALEX CHRISTOPHER LYONS,

      Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, the Government's unopposed Motion to Continue Sentencing (doc. 177) is granted. The sentencing hearing is reset for 1:30 p.m. on April 2, 2007.

DONE AND ORDERED this 1st day of March, 2007.

           *s/ Stephan P. Mickle*
           Stephan P. Mickle
           United States District Judge