IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 1:05cr36-SPM

ALEX CHRISTOPHER LYONS,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, the Defendant's unopposed Motion to Continue Sentencing (doc. 185) is granted. The sentencing hearing is reset for 1:30 p.m. on June 4, 2007, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 30th day of March, 2007.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge