IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                           CASE NO.: 1:05cr36-SPM

ALEX CHRISTOPHER LYONS,

       Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Motion to Continue Sentencing (doc. 217) is granted. The sentencing hearing is reset for 1:30 p.m. on November 5, 2007, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 2nd day of August, 2007.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge