IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                      CASE NO.: 1:05cr36-SPM

ALEX CHRISTOPHER LYONS,

      Defendant.

_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Motion to Continue Sentencing (doc.

237) is granted.  The sentencing hearing is reset for 1:30 p.m. on December 3,

2007, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 30th day of October, 2007.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge