IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.: 1:05cr36-SPM

ALEX CHRISTOPHER LYONS,

    Defendant.
_____/

## ORDER CONTINUING SENTENCING

Upon consideration, Defendant's Motion to Continue Sentencing (doc. 241) is granted. The sentencing hearing is reset for 1:30 p.m. on January 7, 2008, at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 30th day of November, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge